433 A.2d 114

Commonwealth v. Jackson, Appellant.

Argued June 11, 1980. Thomas H. A. Gallagher, for appellant; Robert R. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and CIRILLO, JJ.*

Judgment of sentence affirmed on the opinion of the lower court.

BROSKY, J., filed a memorandum concurring opinion.

433 A.2d 115

Commonwealth v. Jackson, Appellant.
Petition for Allowance of Appeal Denied Dec. 18, 1981.

Submitted December 6, 1979. Daniel H. Greene, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*
Judgment of sentence affirmed.

433 A.2d 115

Commonwealth v. Kirkpatrick, Appellant.

Submitted December 6, 1979. Brian S. Quinn, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

We affirm the order of Judge Toal dated March 23, 1979 denying appellant's post conviction hearing petition.

433 A.2d 115

Commonwealth v. Lecrone, Jr., Appellant.

Submitted March 6, 1980. H. Stanley Rebert, Public Defender, for appellant; William T. Hast, Assistant District Attorney, for Commonwealth, appellee.

* Justice Samuel J. Roberts of the Pennsylvania Supreme Court is sitting by designation.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.